# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 131 DB 2020  (No. 88 RST 2020) |
| | : | |
| | : | |
| LORI LOWENTHAL MARCUS | : | Attorney Registration No. 53388 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |
| FROM ADMINISTRATIVE SUSPENSION | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 16th day of November, 2020, the Report and Recommendation of Disciplinary Board Member dated November 4, 2020, is approved and it is ORDERED that Lori Lowenthal Marcus, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.